**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MATTHEW DE LUCIA,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No.: 23-11151 (JPM) |
| MATTHEW DE LUCIA,<br><br>　　　　　　　　　　Plaintiff,<br>　-v-<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　　　Defendant. | Adv. Proc. No. 23-1164 (JPM) |

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**
**OF ADVERSARY PROCEEDING**

WHEREAS, Debtor Matthew De Lucia ("Plaintiff") filed the above-captioned Chapter 7 bankruptcy petition (the "Chapter 7 Case") on July 24, 2023 (the "Petition Date");

WHEREAS, Plaintiff filed the above-captioned adversary proceeding (the "Adversary Proceeding") against the United States Department of Education ("DOE"), on August 30, 2023;

WHEREAS, between 2004 and 2016, Plaintiff took out several federal student loans to finance his undergraduate and graduate education, including study at St. George's University School of Medicine and St. John's Law School;

WHEREAS, in July 2023, Plaintiff consolidated his various outstanding federal student loans into (1) a Direct Consolidated Unsubsidized Loan in the amount of $490,203 (the "Consolidated Unsubsidized Loan"), and (2) a Direct Consolidated Subsidized Loan in the amount

of $43,318 (the "Consolidated Subsidized Loan" and, together with the Consolidated Unsubsidized Loan, the "Student Loans");

WHEREAS, as of the Petition Date, the outstanding principal amount remaining on the Consolidated Unsubsidized Loan was $490,203, with $594 in accrued interest, and the outstanding principal amount remaining on the Consolidated Subsidized Loan was $43,318, with $52 in accrued interest;

WHEREAS, the adversary complaint seeks a full discharge of the Student Loans under 11 U.S.C. § 523(a)(8) by asserting that repaying the loans would impose an undue hardship on Plaintiff;

WHEREAS, in order to resolve this matter without the need for further litigation, Plaintiff and the DOE (together, the "Parties") agree that Plaintiff should receive a partial discharge of the Student Loans on the terms set forth herein;

AND WHEREAS, the Parties further agree that resolution of the Adversary Proceeding with the entry of a judgment reflecting these terms is appropriate under the circumstances set forth below.

NOW THEREFORE, IT IS HEREBY STIPULATED AND ORDERED that:

1. The Adversary Proceeding is hereby dismissed with prejudice, without costs or attorney's fees for any party.

2. Subject to the terms of this Stipulation, the Consolidated Unsubsidized Loan, in the amount of $490,203 as of the Petition Date, with interest, is discharged under 11 U.S.C. § 523(a)(8).

3. Subject to the terms of this Stipulation, the Consolidated Subsidized Loan, in the amount of $43,318, with interest, shall be partially discharged under 11 U.S.C. § 523(a)(8) and reduced to $15,000.

4. Plaintiff accepts the terms set forth in this Stipulation in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of any kind and nature whatsoever, arising from the same subject matter that gave rise to the Adversary Proceeding, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages, relating to discharge of the Student Loans.

5. Any and all individual taxation consequences as a result of this Stipulation are the sole and exclusive responsibility of Plaintiff. DOE does not warrant or make any representation with respect to any tax consequences of this Stipulation. Nothing contained herein shall constitute a waiver by Plaintiff of any right to challenge any tax consequences of this Stipulation.

6. The terms of this Stipulation shall survive and be effective in any future bankruptcy filing under the United States Bankruptcy Code by Plaintiff.

7. If any terms or provisions of this Stipulation are held to be unenforceable, the remaining terms and provisions shall remain in full force and effect and shall be construed as if the unenforceable provisions had never been contained in this Stipulation.

8. This Stipulation contains all of the terms of the agreement between the Parties and is intended to be and is the final and sole agreement between the Parties. The Parties agree that any other prior or contemporaneous representations or understandings not explicitly contained herein, whether written or oral, are of no further legal or equitable force or effect. Any subsequent modifications to this Stipulation must be in writing and must be signed and executed by the Parties. Any attempted oral or implied amendment, modification or waiver shall be null and void.

9. The Stipulation shall be binding upon any successors of the DOE or assignees of the Plaintiff's Student Loans.

10. This Stipulation is subject to the approval of the Bankruptcy Court. In the event that the Court declines to enter it, the Stipulation shall be null and void, with no force or effect.

Dated: Long Beach, New York
      October 25, 2024

ROBERT H. SOLOMON, P.C
*Counsel for Plaintiff*

By:   /s/ Robert Solomon
     ROBERT H. SOLOMON
     24 East Park Avenue
     Long Beach, NY 11561
     Tel.: (212) 432-1622
     Email: rob@solomonlawyer.com

Dated: New York, New York
      October 25, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendant U.S. Department of Education*

By:   /s/ Mollie Kornreich
     MOLLIE KORNREICH
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Tel.: (212) 637-3274
     Email: mollie.kornreich@usdoj.gov

**IT IS SO ORDERED:**

Dated: December 05, 2024

                              /S/ John P. Mastando III
                              JOHN P. MASTANDO III
                              UNITED STATES BANKRUPTCY JUDGE